Argued and submitted October 13, reversed in part; affirmed in part November 2, petition for review denied December 27, 1994 (320 Or 493)

In the Matter of the
Guardianship/Conservatorship
for William C. Rochat,
an Incapacitated/Protected Person.

William C. ROCHAT,
*Appellant,*

*v.*

Mary Ellen ROCHAT
and Anna L. Carlson,
*Respondents.*

(9305-90736; CA A82273)

883 P2d 1338

William Carl Rochat argued the cause and filed the brief *pro se.*

James R. Cartwright argued the cause and filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals from two orders of the Multnomah County Circuit Court, one appointing guardians for petitioner and the other appointing conservators. We reject petitioner's arguments concerning the guardianship. The respondents concede that they did not request a conservatorship and that the trial court, under the pleadings, should not have appointed conservators.

Order appointing conservators reversed; order appointing guardians affirmed.